UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joseph Deliz,

      Plaintiff,

-vs-

City of Wyandotte, City of Ecorse, City
of Lincoln Park, Wyandotte Officer Cade Barwig,
Ecorse Officer Craig Thomas Cieszkowski,
Ecorse Corporal Jarrod Fedea, Ecorse Officer Sasu,
~~Lincoln Park Officer T. Farmer~~, Lincoln Park Police
Officer Anthony Kupser and Police Officers
John Does 1 -3 in their individual and official capacities,

      Defendants.

Case No. 2:20-cv-13298
Hon. Terrence G. Berg
Magistrate Kimberly G. Altman

## ORDER GRANTING PLAINTIFF JOSEPH DELIZ' EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT IN THE TRADITIONAL MANNER

IT IS HEREBY ORDERED THAT Plaintiff Joseph Deliz' Ex Parte Motion for Leave to File Exhibit In the Traditional Manner- Exhibit B to his Response to Defendant City of Lincoln Park and Anthony Kusper's Motion for Summary Judgment, which is body camera video of the incident, is hereby GRANTED.

IT IS SO ORDERED.

Dated: November 29, 2021    /S/Terrence G. Berg_____
                                            TERRENCE G. BERG
                                            United States District Judge